IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DONALD HULL | § | |
|     TDCJ-CID #673637 | § | |
| V. | § | C.A. NO. C-05-043 |
| | § | |
| R. FORD, ET AL. | § | |

## FINAL JUDGMENT

Pursuant to the Court's order granting defendant Melinda Huerta's motion for summary judgment, plaintiff's claims against this defendant are dismissed with prejudice for failure to exhaust administrative remedies. 42 U.S.C. § 1997e(a). This is a Final Judgment.

ORDERED this 17th day of April, 2007.

_____
Janis Graham Jack
United States District Judge